IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**KAREN MORRIS**                                                                    **PLAINTIFF**

v.                              **CASE NO: 3:23-CV-00222 BSM**

**SHANNA CARTER,** *et al.*                                      **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 28th day of February, 2024.

_____
UNITED STATES DISTRICT JUDGE